# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garland, Merrick B. | U.S. Court of Appeals for the D.C. Circuit | 06/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 03/03-03/06/2019 | New Haven, CT | Supreme Court Clinic | Transportation, meals, room |
| 2. | Doshisha University | 07/06-07/10/2019 | Kyoto, JA | U.S. Law Lectures | Train, meals, room |
| 3. | Harvard University | 09/19-09/22/2019 | Cambridge, MA | Undergrad & Reunion Talks | Transportation, meals, room |
| 4. | Harvard Law School Antitrust Association | 10/11-10/13/2019 | Cambridge, MA | Antitrust Careers Talk | Transportation, meals, room |
| 5. | Harvard Law School | 11/09-11/13/2019 | Cambridge, MA | Moot Court | Transportation, meals, room |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 06/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garland, Merrick B.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Truist (formerly Suntrust) Bank Accounts | A | Interest | M | T | | | | | |
| 2. | Justice Federal Credit Union Accounts | B | Interest | N | T | | | | | |
| 3. | Citibank Bank Accounts | A | Interest | M | T | | | | | |
| 4. | U.S. Savings Bonds | | None | K | T | | | | | |
| 5. | IRA #1 (H) | | | | | | | | | |
| 6. | -Edward Jones Co. cash balance | A | Interest | J | T | | | | | |
| 7. | -Ally Bank CD | B | Interest | L | T | | | | | |
| 8. | Brokerage Account #1 (H) | | | | | | | | | |
| 9. | -General Mills Inc. Common | C | Dividend | M | T | | | | | |
| 10. | -Pfizer Common | A | Dividend | K | T | | | | | |
| 11. | -Bristol-Myers Squibb Co. Common | B | Dividend | L | T | | | | | |
| 12. | -General Electric Co. Common | A | Dividend | J | T | | | | | |
| 13. | -Wabtec Corp. Common (Spinoff of General Electric) | A | Dividend | J | T | Spinoff<br>(from line 12) | 02/28/19 | J | | |
| 14. | -Procter & Gamble Co. Common | D | Dividend | M | T | | | | | |
| 15. | -J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |
| 16. | -Aberdeen U.S. Multi Cap Fund | D | Dividend | M | T | | | | | |
| 17. | -Nuveen Maryland Quality Municipal Inc. Fund | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garland, Merrick B.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | -Vanguard S&P 500 ETF Fund | E | Dividend | O | T | Buy | 09/03/19 | K | | |
| 19. | -Vanguard Extended Mkt. ETF | B | Dividend | M | T | Buy | 09/03/19 | L | | |
| 20. | -Vanguard Small-Cap ETF | B | Dividend | M | T | Buy | 09/03/19 | K | | |
| 21. | -Vanguard FTSE Emerg. Mkt. ETF | A | Dividend | | | Buy | 09/03/19 | K | | |
| 22. | | | | | | Sold | 12/12/19 | K | A | |
| 23. | -Ishares MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 24. | -First Trust Managed Muni ETF | A | Dividend | L | T | Buy | 09/05/19 | M | | |
| 25. | -Invesco Xch Traded Fd II Muni Bd ETF | A | Dividend | L | T | Buy | 09/05/19 | M | | |
| 26. | -Montgomery County Md Hsg Bonds<br>(combined listing) | A | Interest | K | T | Sold<br>(part) | 07/01/19 | K | | |
| 27. | -Md State Cmnty Dev. Admin.Bonds<br>(combined listing) | B | Interest | L | T | | | | | |
| 28. | -Montgomery County Md Cons. Public Impt<br>Bds | D | Interest | L | T | Redeemed<br>(part) | 07/01/19 | L | | |
| 29. | -Md State Dept Transn Cnty Rev Bonds<br>(combined listing) | D | Interest | L | T | Redeemed<br>(part) | 04/01/19 | K | | |
| 30. | -Univ Md Sys Aux Rev Bond | C | Interest | L | T | | | | | |
| 31. | -Baltimore Cty Md Bond | C | Interest | L | T | | | | | |
| 32. | -PG County Cons Imp Bds | A | Interest | L | T | Buy | 09/09/19 | L | | |
| 33. | -Maine St. Hsg Auth Bd | B | Interest | L | T | Buy | 09/05/19 | L | | |
| 34. | -Univ Mich Rev Bd | A | Interest | K | T | Buy | 12/19/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garland, Merrick B.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -U.S. Treasury Notes/Bills (combined listing) | D | Interest | | | Redeemed (part) | 01/31/19 | M | | |
| 36. | | | | | Redeemed | 08/15/19 | N | | |
| 37. -Ally Bank CD | C | Interest | M | T | | | | | |
| 38. -Discover Bank CD | C | Interest | M | T | | | | | |
| 39. -JP Morgan Bank Accounts | A | Interest | K | T | | | | | |
| 40. -JP Morgan Prime Money Mkt Fund | D | Interest | N | T | | | | | |
| 41. Brokerage Account #2 (H) | | | | | | | | | |
| 42. -Fidelity Gov't Money Market Fund | B | Interest | M | T | | | | | |
| 43. -Fidelity Municipal Money Market Fund | A | Interest | K | T | | | | | |
| 44. -Fidelity Equity Dividend Income Fund | E | Dividend | N | T | | | | | |
| 45. -Fidelity 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 46. Fidelity Contrafund | G | Dividend | P1 | T | | | | | |
| 47. IRA #2 (H) | | | | | | | | | |
| 48. -Edward Jones Co. cash balance | A | Interest | J | T | | | | | |
| 49. -Ally Bank CD | A | Interest | J | T | | | | | |
| 50. Retirement Account IRA (H) | | | | | | | | | |
| 51. -Fidelity Magellan Fund | F | Dividend | O | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garland, Merrick B.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Rollover IRA (H) | | | | | | | | | |
| 53.   -Fidelity 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 54.   Trust 1 (H) | | | | | | | | | |
| 55.   -Property, NY, NY | E | Rent | P1 | W | | | | | |
| 56.   -JP Morgan Bank Account | A | Interest | J | T | | | | | |
| 57.   Trust 2 (H) | | | | | | | | | |
| 58.   -Property, Redding, CT | B | Rent | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garland, Merrick B.** | 06/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 06/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Merrick B. Garland**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544